# Court of Appeals
# of the State of Georgia

ATLANTA,____April 13, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A0929. HOOD v. PHH MORTGAGE CORP. et al.

On March 16, 2015, appellees PHH Mortgage Corp. and McCalla Raymer LLC filed a motion to dismiss this appeal from the trial court's order dismissing appellant's complaint for failure to state a claim. This appeal was docketed on January 13, 2015, and appellant's brief therefore was due on February 2, 2015. On January 20, 2015, appellant filed a motion for a 20-day extension of time, stating only: "Appellant counsel requires additional time to fully research and draft an adequate brief on appeal in order to fully assist this Court." That motion was granted and the time for filing appellant's brief extended to February 24, 2015. Appellant made no further motion for extension of time, but did not file a brief and enumerations of error until March 5, 2015, nine days beyond the generous extension given and 53 days after docketing. The brief fails to comply with Court of Appeals Rule 25 (a) (1) and its enumeration of error therefore may be deemed abandoned. See Court of Appeals Rule 25 (c). Appellant has never responded to appellee's motion to dismiss.

Appellee's motion to dismiss is GRANTED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/13/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*